IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

MEKA SILVANUS ADESINA
also known as
Sly,

    Defendant.

CRIMINAL FILE NO.

1:18-CR-435-2-TWT

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 64] of the Magistrate Judge recommending denying the Defendant's Motions to Suppress [Doc. 37, 38, 39 & 40] because the Defendant is a fugitive. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motions to Suppress [Doc. 37, 38, 39 & 40] are DENIED.

SO ORDERED, this 25 day of October, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge